| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Stella Havkin, #134334<br>Havkin and Shrago Attorneys at Law<br>21650 Oxnard Street, Suite 1540<br>Woodland Hills, CA 91367<br>Telephone: 818 999-1568<br>Facsimile:   818 293-2414<br>Email: stella@havkinandshrago.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 12 2025**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY mohammad DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>Ross International, Inc.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:25-bk-20184-VZ<br>CHAPTER: 11<br><br>**ORDER ☒ GRANTING  ☐ DENYING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY ON INTERIM BASIS**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE:              12/9/2025<br>TIME:              10:30 a.m.<br>COURTROOM:   1369<br>ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012 |

**Movant** *(name)*: Debtor Ross International, Inc.

1. The Motion was: ☐ Opposed   ☐ Unopposed   ☒ Settled by stipulation on the record at the hearing. (Docket Number 5).

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*
    *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure.  "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018                                            Page 1                                    F 4001-1.IMPOSE.STAY.ORDER

☐ Equipment *(describe manufacturer, type, and characteristics)*:
  *Serial numbers(s):*
  *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:
  *Street Address:*     **207 South Poinsettia Avenue**
  *Unit Number:*
  *City, State, Zip Code:* **Manhattan Beach, California 91302**

  Legal description or document recording number *(including county of recording)*:

  Lot 15 in Block "8" of Carnation Villa Tract, in the City of Manhattan Beach, County of Los Angeles, State of California, as per map recorded in Book 7 Page 42 of Maps, in the Office of the County Recorder of said County.

  APN: 4169-019-002

  ☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☒ This case was filed in good faith.
   b. ☒ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☐ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☒ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

7. ☐ The Motion is denied:   ☐ without prejudice   ☐ with prejudice   ☐ on the following grounds:
   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                            Page 2                            F 4001-1.IMPOSE.STAY.ORDER

d. ☐ Lack of good cause shown

e. ☐ Other (*specify*):

###

Date: December 12, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 3    **F 4001-1.IMPOSE.STAY.ORDER**